DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Nicholson<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 230P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1109)<br><br>2.  AG's Motion to Dismiss Appeal<br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 10/11/07<br><br>3. Denied 10/11/07 |
| State v. Parker<br><br>Case below:<br>185 N.C. App. ——<br>(21 August 2007) | No. 462P07 | Defs' Motion for Stay of Execution of the Judgment of Imprisonment (COA06-870) | Allowed 09/21/07 |
| State v. Perdomo<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 246P07 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA06-651)<br><br>2. AG's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 10/11/07<br><br>2. Dismissed as Moot 10/11/07 |
| State v. Reber<br><br>Case below:<br>182 N.C. App. 250 | No. 196P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-594) | Denied 10/11/07 |
| State v. Reed<br><br>Case below:<br>182 N.C. App. 109 | No. 141P07 | 1. AG's Motion for Temporary Stay (COA06-400)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's NOA Based Upon a Constitutional Question<br><br>4. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 03/23/07<br>**361 N.C. 435**<br>Stay dissolved 10/11/07<br><br>2. Denied 10/11/07<br><br>3. Dismissed *ex mero motu*<br><br>4. Denied 10/11/07 |
| State v. Ridgeway Brands Mfg. LLC<br><br>Case below:<br>184 N.C. App. ——<br>(17 July 2007) | No. 408A07 | 1. Defs' (Ridgeway Brands Manufacturing, LLC and Heflin) NOA (Dissent) (COA06-422)<br><br>2. Defs' (Ridgeway Brands Manufacturing, and Heflin) PDR as to Additional Issues<br><br>3. Plt's NOA (Dissent) | 1. ——<br><br>2. Denied 10/11/07<br><br>3. —— |
| State v. Robinson<br><br>Case below:<br>182 N.C. App. 349 | No. 204P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-722) | Denied 10/11/07 |